# EXHIBIT B

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## U.S. District Court

## District of Rhode Island

## Notice of Electronic Filing

The following transaction was entered on 2/24/2016 at 9:47 AM EST and filed on 2/23/2016
**Case Name:**        United States of America v. State of Rhode Island Department of Corrections et al
**Case Number:**      1:14-cv-00078-S-LDA
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**TEXT ORDER granting in part and denying in part [55] Motion to Compel. Plaintiff shall produce a deponent(s) pursuant to Rule 30(b)(6) to testify on March 3, 2016 as to Topics 1, 2, 3, 4, 6, 7, and 8. Such questioning is, however, subject to good faith objection by Plaintiff's counsel and an instruction not to answer only when reasonably necessary to preserve any asserted privileges. When a privilege is asserted, Plaintiff's counsel shall identify the particular privilege on the record, and briefly describe the general nature of the allegedly privileged information that is being elicited by the question under objection to allow for later review and assessment of the privilege claim, if necessary. Plaintiff's objections to Topics 5, 9 and 10 are sustained and Defendants' Motion is DENIED as to those Topics. Finally, the deponent(s) may not be asked any questions regarding experts and their opinions that will be the subject of later disclosure pursuant to Rule 26(a)(2)(B) or are protected from disclosure under Rule 26(b)(4)(D). So Ordered by Magistrate Judge Lincoln D. Almond on 2/23/2016. (Noel, Jeannine)**

**1:14-cv-00078-S-LDA Notice has been electronically mailed to:**

Ariele Yaffee   ayaffee@riag.ri.gov

Clare Geller   clare.geller@usdoj.gov

1

Clare F. Geller    clare.geller@usdoj.gov

David N. Reese    david.reese@usdoj.gov

Edward G. Mullaney    emullaney@riag.ri.gov, plopes@riag.ri.gov

Elizabeth B. Banaszak    elizabeth.banaszak@usdoj.gov, adriene.colbert@usdoj.gov, john.buchko@usdoj.gov, michelle.brown@usdoj.gov

Kathleen M. Kelly    kathleen.kelly@doc.ri.gov

Kunti D. Salazar    kunti.salazar@usdoj.gov

Louis Lopez    louis.lopez@usdoj.gov

Mariana E. Ormonde    mormonde@riag.ri.gov

Neil F.X. Kelly    nkelly@riag.ri.gov, abrown@riag.ri.gov, ayaffee@riag.ri.gov, jdesmarais@riag.ri.gov, mdifonzo@riag.ri.gov

Raheemah F. Abdulaleem    Raheemah.Abdulaleem@usdoj.gov

Rebecca Tedford Partington    rpartington@riag.ri.gov, jmunoz@riag.ri.gov, mdifonzo@riag.ri.gov

**1:14-cv-00078-S-LDA Notice has been delivered by other means to:**

Delora Kennebrew
United States Department of Justice
Employment Litigation Civil Rights Division
950 Pennsylvania Avenue, NW, PHB
Washington, DC 20530