# United States Court of Appeals
## For the First Circuit

No. 18-1462

UNITED STATES

Plaintiff - Appellee

v.

STATE OF RHODE ISLAND DEPARTMENT OF CORRECTIONS; STATE OF RHODE ISLAND

Defendants - Appellees

-------------------------------------------------------------------------

JAYSON BADILLO

Claimant - Appellant

**MANDATE**

Entered: December 31, 2018

    In accordance with the judgment of November 7, 2018, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.


By the Court:

Maria R. Hamilton, Clerk


cc:
Rhiannon Selina Huffman, Neil F. X. Kelly, Donald Campbell Lockhart, Thomas W. Lyons III, Edward G. Mullaney, Mariana Elena Ormonde, Rebecca Tedford Partington, Francesca Lina Procaccini, Bonnie I. Robin-Vergeer